IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:10cr13-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| ALEJANDRO SANCHEZ BUENDIAS. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 27].

The Defendant has pled guilty to a bill of information in a separate proceeding. As a result, the Government seeks to dismiss this bill of indictment as to this defendant only.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 27] is hereby **GRANTED** and the bill of indictment as to Defendant Alejandro Sanchez Buendias only is hereby **DISMISSED** without prejudice.

Signed: April 29, 2010

Martin Reidinger
United States District Judge